UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

Edmund Charles Gil - #159127

Case No.  14-mc-80254-JD

**ORDER OF SUSPENSION**

Because Edmund Charles Gil has failed to respond to the Order to Show Cause, Mr. Gil's membership in the bar of this Court is hereby suspended.

**IT IS SO ORDERED**.

Dated:  November 4, 2014

_____
JAMES DONATO
United States District Judge